DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GIOVANNA FABIO,** n/k/a **GIOVANNA DIFABIO,** unknown spouse of
GIOVANNA DIFABIO, n/k/a ANTONIO DIFABIO, UNKNOWN TENANT #1
n/k/a PEARL GANS, and UNKNOWN TENANT #2,
Appellants,

v.

**THE HOLLYWOOD BEACH RESORT CONDOMINIUM
ASSOCIATION, INC.,** a Florida not-for-profit corporation,
Appellee.

No. 4D18-1004

[December 13, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE 13-01917 (08).

Michael Wrubel of Michael Jay Wrubel, P.A., Davie, for appellant Giovanna DiFabio.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***